1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: adrienne.publicover@wilsonelser.com
2  DENNIS J. RHODES (SBN 168417)
   Email: dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California  94105
5  Tel: (415) 433-0990 / Fax: (415) 434-1370

6  Attorneys for Defendant
   PRINCIPAL LIFE INSURANCE COMPANY
7

8  JOY Y. STEPHENSON
   BARRY SULLIVAN
9  RICHARD A. LOVICH
   JESSICA MATTAVI
10 STEPHENSON, ACQUISTO & COLMAN
   303 N. Glenoaks Blvd., Suite 700
11 Burbank, CA  91502
   Tel: (818) 559-4477/Fax: (818) 559=5485
12
   Attorneys for Plaintiff
13 ALTA BATES SUMMIT MEDICAL CENTER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER, a California nonprofit public benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PRINCIPAL LIFE INSURANCE COMPANY, an Iowa Corporation; and DOES 1 THROUGH 25, inclusive, <br><br> Defendants. | Case No.:  C 10-04543 PJH <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** <br><br> [Local Rule 6-1] <br><br> State Action Filed:    August 18, 2010 <br> **Judge:   Hon. Phyllis J. Hamilton** |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between plaintiff Alta Bates Summit Medical Center and defendant Principal Life Insurance Company, through their attorneys of record, as follows:

1

---

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S
COMPLAINT; AND [PROPOSED] ORDER

USDC NDCA# C 10-04543 PJH
593542.1

1. The response of defendant Principal Life Insurance Company to plaintiff's Complaint is currently due on October 14, 2010.

2. The parties have agreed that defendant Principal Life Insurance Company may have a two week extension, to and including October 28, 2010 to answer or otherwise respond to the Complaint herein; and

3. This extension will not alter the date of any event or any deadline already fixed by court order.

Date: October 13, 2010        WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP


                        By:   /s/ Dennis J. Rhodes
                              ADRIENNE C. PUBLICOVER
                              DENNIS J. RHODES
                              Attorneys for Defendant
                              PRINCIPAL LIFE INSURANCE COMPANY


Date: October 13, 2010        STEPHENSON, ACQUISTO & COLMAN


                        By:   /s/ Barry Sullivan
                              JOY Y. STEPHENSON
                              BARRY SULLIVAN
                              RICHARD A. LOVICH
                              JESSICA MATTAVI
                              Attorneys for Plaintiff
                              ALTA BATES SUMMIT MEDICAL CENTER

**ORDER**

**IT IS SO ORDERED.**

Date: 10/20/10           By: _____
                              HONORABLE PHYLLIS J. HAMILTON
                              UNITED STATES MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

2

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER

USDC NDCA# C 10-04543 PJH
593542.1

**CERTIFICATE OF SERVICE**
*Alta Bates Summit Medical Center v. Principal Life Insurance Company et al.*
USDC NDCA Case # C 10-04543 PJH

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒ : **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Joy Y. Stephenson                        Tel: (818) 559-4477
Barry Sullivan                           Fax: (818) 559=5485
Richard A. Lovich                        *Attorneys for Plaintiff*
Jessica Mattavi
STEPHENSON, ACQUISTO & COLMAN
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

3
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

USDC NDCA# C 10-04543 PJH
593542.1

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. EXECUTED on October 13, 2010, at San Francisco, California.

*Stacey Muller* (signature)
Stacey Muller

4

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

USDC NDCA# C 10-04543 PJH
593542.1