United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALTA BATES SUMMIT MEDICAL CENTER,

    Plaintiff,

    v.

PRINCIPAL LIFE INSURANCE COMPANY; DOES 1 through 25,

    Defendants.
_____/

No. C 10-4543 PJH

**ORDER TO SHOW CAUSE**

TO PLAINTIFF ALTA BATES SUMMIT MEDICAL CENTER:

YOU ARE HEREBY ORDERED TO SHOW CAUSE in writing, no later than December 8, 2010, why the court should not dismiss the complaint in the above-entitled action in its entirety, in view of the recent dismissal of the only identified defendant, Principal Life Insurance Company, and in view of the fact that no other defendant has appeared.

**IT IS SO ORDERED.**

Dated: November 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge