UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALTA BATES SUMMIT MEDICAL CENTER,

        Plaintiff(s),                       No. C 10-4543 PJH

   v.                                    **ORDER OF DISMISSAL**

PRINCIPAL LIFE INSURANCE COMPANY,

        Defendant(s).
_____/

    The parties hereto, by their counsel, having advised the court that they have agreed to a dismissal of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice.

    IT IS SO ORDERED.

Dated: December 6, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge